# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| DANIEL S. BROWN § | |
| § | |
| v. § | Civil Action No. 4:16-CV-675 |
| § | (Judge Mazzant/Judge Nowak) |
| JNH INVESTMENTS, INC., J AND H § | |
| INVESTMENTS GROUP, LLC, JOHN § | |
| ALSEINH, HAITHAM FARAJ § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 7, 2017, the report of the Magistrate Judge (Dkt. #68) was entered containing proposed findings of fact and recommendations that Defendants JNH Investments, Inc., J and H Investments Group, LLC, John Alsenih, and Haitham Faraj's Motion for Summary Judgment (Dkt. #28) be denied.

Having received the report of the Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Defendants JNH Investments, Inc., J and H Investments Group, LLC, John Alsenih, and Haitham Faraj's Motion for Summary Judgment (Dkt. #28) is **DENIED**.

**IT IS SO ORDERED**.
SIGNED this 27th day of July, 2017.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE